1
2
3
4
5
6
7
8

# UNITED STATES DISTRICT COURT

9

# CENTRAL DISTRICT OF CALIFORNIA

10
11
12
13
14
15
16
17
18

| | |
|---|---|
| OLLIE KELLY,<br><br>       Plaintiff,<br><br>    v.<br><br>MICHAEL J. ASTRUE,<br>COMMISSIONER OF SOCIAL<br>SECURITY ADMINISTRATION,<br><br>       Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Case No. CV 11-3295 JCG<br><br>**JUDGMENT** |

19
20
21

     IT IS ADJUDGED that the decision of the Commissioner of the Social Security Administration is **AFFIRMED**.

22
23

DATED: April 26, 2012

24
25
26

_____
Hon. Jay C. Gandhi
United States Magistrate Judge

27
28